JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAMON W.,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 5:25-cv-00169-PD<br>**JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,[1]

IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is Reversed, and this matter is Remanded to the Social Security Administration on an open record for further proceedings consistent with the Court's Order.

DATED: September 30, 2026

Patricia Donahue

HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

[1] Plaintiff's name is partially redacted in accordance with Fed. R. Civ. P. 5.2(c)(2)(B) and the recommendation of the United States Judicial Conference Committee on Court Administration and Case Management. Pursuant to Fed. R. Civ. P. 25(d), Frank Bisgnano, the current Commissioner of Social Security, is substituted in as the Defendant.